**1008**

INDUSTRIAL COTTON MILLS CO., Inc., Appellant, v. Anna H. JOHNSON, Administratrix of the Estate of S. N. Johnson, Deceased, Appellee.

No. 4124.

Circuit Court of Appeals, Fourth Circuit.

Oct. 31, 1936.

Wilson & Wilson, of Rock Hill, S. C., for appellant.

Spencer & White and Dunlap & Dunlap, all of Rock Hill, S. C., and Finley & Spratt, of York, S. C., for appellee.

PER CURIAM.

Case docketed and dismissed under rule 20 in accordance with agreement of attorneys.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of SONORA PRODUCTS CORPORATION OF AMERICA (formerly Known as Acoustic Products Company), a Delaware Corporation, Bankrupt, Plaintiff-Appellee, v. Percy L. DEUTSCH et al., Defendants, and Harris Hammond and Victor C. Bell, Defendants-Appellants.

No. 206.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1937.

See, also, 73 F.(2d) 121.

Sapinsley & Lukas, of New York City (Edwin J. Lukas, of New York City, of counsel), for appellant Harris Hammond.

Ernst, Gale, Bernays & Falk, of New York City (Murray C. Bernays and Abraham Friedman, both of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Stewart JAMIESON, John K. Blair, and A. C. Hindman, Independent Debentureholders and Unsecured Creditors Protective Committee, Interveners, Appellants, v. HAMILTON GAS COMPANY, a Corporation, Debtor, et al., Appellees.

No. 4087.

Circuit Court of Appeals, Fourth Circuit.

Oct. 6, 1936.

Arthur M. Boal, George Pfeil, and Ambrose C. Hindman, all of New York City, and O'Connor & Thompson, of Charleston, W. Va., for appellants.

Stanley C. Morris, of Charleston, W. Va., for appellees.

PER CURIAM.

Petition for appeal denied, with costs.

Stewart JAMIESON and Others, as a Committee Representing Independent Debentureholders and Other Unsecured Creditors, Appellants, v. HAMILTON GAS COMPANY, a Corporation, and Others, Appellees.

No. 4129.

Circuit Court of Appeals, Fourth Circuit.

Nov. 7, 1936.

A. G. Thompson, of Charleston, W. Va., for appellants.

Stanley C. Morris, of Charleston, W. Va., for appellees.

PER CURIAM.

Case docketed and dismissed on motion of appellees.